UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ENVALO, INC., | ) | CASE NO. 1:23-cv-266 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH WALTERS, *et al.*, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

On December 2, 2024, the parties jointly informed the Court that they reached a settlement in this matter. In light of the parties' representation that the matter has settled, the docket shall be marked "dismissed without prejudice."

On or before January 3, 2025, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date:  December 2, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE